UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24164-CIV-ALTONAGA/Reid

**BAKUL BADWAL**,

     Plaintiff,

v.

**ALO MOVES, INC.**,

     Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion for Extension to File Joint Scheduling Report [ECF No. 9]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 9] is **GRANTED in part**. The parties shall file a joint scheduling report and their certificates of interested parties by **February 2, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record