UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BAKUL BADWAL,

        Case No. 1:23-cv-24164-CMA

    Plaintiff,

v.        **JURY TRIAL DEMANDED**

ALO, LLC d/b/a ALO MOVES,

    Defendant.
_____/

## REQUEST FOR CLERK TO APPOINT MEDIATOR

Pursuant to Local Rule 16.2 and the Court's orders dated February 5, 2024 (Dkt. 17) and February 23, 2024 (Dkt. 20), the parties respectfully request that the Clerk designate a mediator from the Court's list of certified mediators for a mediation conference to be held on September 19, 2024, at 1:00 p.m. EST via videoconference.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Eisenband* | */s/ Stephanie Sheridan* |
| Michael Eisenband | Stephanie Sheridan (*pro hac vice*) |
| MEisenband@Eisenbandlaw.com | Meegan B. Brooks (*pro hac vice*) |
| Eisenband Law, P.A. | Benesch Friedlander Coplan and Aronoff LLP |
| 515 E. Las Olas Blvd. Ste 120 | 100 Pine Street, Suite 3100 |
| Fort Lauderdale, FL 33301 | San Francisco, California 94111 |
| Telephone: 954-533-4092 | Telephone: 628.600.2250 |
| | Email: ssheridan@beneschlaw.com |
| |         mbrooks@beneschlaw.com |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |

1