UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24164-CIV-ALTONAGA/Reid

**BAKUL BADWAL**,

    Plaintiff,
v.

**ALO, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Alo, LLC's Request for Judicial Notice in Support of Motion to Dismiss, or in the Alternative, Transfer Venue [ECF No. 37], filed on March 29, 2024. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify . . . counsel for the movant has made *reasonable efforts* to confer . . . which efforts shall be identified with specificity in the statement (including the date, time, and manner of each effort), but has been unable to do so.

*Id.* (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction." *Id.* (alterations added). Counsel for Defendant has failed to certify that they conferred or made reasonable efforts to confer with Plaintiff, Bakul Badwal. (*See generally* Mot.).

Accordingly, it is

CASE NO. 23-24164-CIV-ALTONAGA/Reid

**ORDERED AND ADJUDGED** that Defendant, Defendant, Alo, LLC's Request for Judicial Notice in Support of Motion to Dismiss, or in the Alternative, Transfer **[ECF No. 37]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record